**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

GARY F. ANDERSON,

Defendant.

Case No. 1:13-cr-00091(3)

**ORDER**

The Defendant appeared before the undersigned on April 30, 2026 for initial appearance on a supervised release violation petition. Defendant's counsel retained Attorney Paul Laufman, Esq. previously advised the Court that due to other legal matters requiring his appearance in Brown County, Ohio, he was unavailable to appear and requested a continuance to the initial appearance. Finding counsel's request well taken, this matter is hereby **CONTINUED** for initial appearance on the supervised release violation petition on **Friday, May 1, 2026** at **1:30 p.m.** before the undersigned in Courtroom 701.

Pending the hearing, the Defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the Defendant to the hearing at the time, date and place set forth above.

**SO ORDERED**.

Stephanie K. Bowman
United States Chief Magistrate Judge