United States District Court
Southern District of Ohio
Western Division

| | |
|---|---|
| United States,<br><br>Plaintiff,<br><br>v.<br><br>Gary Anderson,<br><br>Defendant. | Case No. 1:13-cr-091-3<br><br>Senior District Judge Susan J. Dlott |

Motion to Continue Hearing on Supervised Release Violation

Come now the defendant, Gary Anderson ("Mr. Anderson") and moves the Court for an order continuing the supervised release violation hearing currently scheduled in this matter for Wednesday, July 8, 2026 at 2:30 p.m. A memorandum in support of this matter is set forth below.

Memorandum in Support

This matter is currently scheduled for hearing on a supervised release violation on the afternoon of Wednesday, July 8, 2026. The primary basis for the pending supervised release violation is charges which Mr. Anderson received before the Hamilton County Court of Common Pleas under case number B-2600982. (Doc. 270 at PAGEID 1338 (filed *ex parte*)) Undersigned counsel negotiated a plea before that court which was entered on April 30, 2026. Mr. Anderson has begun to question whether that plea was in his best interest and, as he advised probation, he is considering seeking to withdraw that plea after consulting with substitute counsel. (Id. at PAGEID 1342) The Court is respectfully asked to allow that process to take place as the potential sentences at issue in both this and the state matter are substantial. As such, Mr. Anderson should be afforded due opportunity to proceed in a voluntary manner with counsel of his choosing. It is also critical

that Mr. Anderson be allowed to resolve his state charge before being taken into federal custody to avoid the significant difficulties associated with having him physically returned to Hamilton County in order to address the matters before the state court.

Finally, it should be noted that probation has acknowledged that Mr. Anderson has been compliant while on bond such that the Court should have no concerns regarding his compliance or re-appearance before the Court while his consideration of the state matter runs its course. (Id.)

Wherefore, it is respectfully requested that the hearing scheduled in this matter for the afternoon of July 8, 2026 be terminated and a new date selected once Mr. Anderson's state charges are resolved with finality.

Respectfully submitted,

Paul M. Laufman (0066667)
LAUFMAN NAPOLITANO, LLC
4310 Hunt Road
Cincinnati, OH 45242
(513) 621-4556
(513) 621-5563 Fax
plaufman@LN-lawfirm.com

*Counsel for Defendant Gary Anderson*

Certificate of Service

I hereby certify that a copy of the foregoing pleading was electronically filed on the 7th day of December 2021. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

Paul M. Laufman