Granted
Susan J. Dlott
July 8, 2026

United States District Court
Southern District of Ohio
Western Division

| | |
|---|---|
| United States,<br><br>Plaintiff,<br><br>v.<br><br>Gary Anderson,<br><br>Defendant. | Case No. 1:13-cr-091-3<br><br>Senior District Judge Susan J. Dlott |

Motion to Continue Hearing on Supervised Release Violation

Come now the defendant, Gary Anderson ("Mr. Anderson") and moves the Court for an order continuing the supervised release violation hearing currently scheduled in this matter for Wednesday, July 8, 2026 at 2:30 p.m. A memorandum in support of this matter is set forth below.

Memorandum in Support

This matter is currently scheduled for hearing on a supervised release violation on the afternoon of Wednesday, July 8, 2026. The primary basis for the pending supervised release violation is charges which Mr. Anderson received before the Hamilton County Court of Common Pleas under case number B-2600982. (Doc. 270 at PAGEID 1338 (filed *ex parte*)) Undersigned counsel negotiated a plea before that court which was entered on April 30, 2026. Mr. Anderson has begun to question whether that plea was in his best interest and, as he advised probation, he is considering seeking to withdraw that plea after consulting with substitute counsel. (Id. at PAGEID 1342) The Court is respectfully asked to allow that process to take place as the potential sentences at issue in both this and the state matter are substantial. As such, Mr. Anderson should be afforded due opportunity to proceed in a voluntary manner with counsel of his choosing. It is also critical